1  Eric Ronald Amundson
2  65 Pleasant Valley Drive
   Walnut Creek, California
3            94597
4  Tel. (925) 676-2667
5  cycleryshop@spcglobal.net

6  In Propia Persona

FILED

MAR 01 2018

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

8            UNITED STATES DISTRICT COURT

9

10          NORTHERN DISTRICT OF CALIFORNIA

11  Scott Johnson,                    / Case No. 3:17-cv-03075 -SBA
         Plaintiff,                   /
12                                    /
                                      / Application for Stay and Early
13    v.                              / Evaluation Conference.
    Athan P. Magganas;               / Pursuant to State of California
14  Dimitri P. Magganas;             / Civil Code Section 55.54.
15  **Eric Ronald Amundson;** and     /
    Does 1 - 10,                     /
16       Defendants.                  /
17  _____       /

18

19      Defendant, Eric Ronald Amundson, is applying for a STAY and EARLY

20  EVALUATION as described in The State of California's form DAL-005, that

21
    Defendant Amundson was given when served with the Complaint in the above
22
23  captioned case.  Section 3c, Small Business: and, Section 3d, Case Filed by

24  High-Frequency Litigant, are the sets of requirements for the for the Court to order
25
26  The Federal Court equivalent of the State of California stay and early evaluation
27

28                          Page 1 of 3

conference.

A.   SMALL BUSINESS REQUIREMENT, Section 3c.

(1). The site of defendant Amundson's bicycle repair shop is a small business that has occasionally had an employee, but has had no employees since March of 2013.   That is less than the 25 employee maximum.   Attached to this request is Exhibit "A",  a Declaration under Penalty of Perjury of the lack of employees since 2013; and Exhibit "B", a copy of the notice Defendant received from State of California, Employment Development Department, On March 1st of 2013 the notice that he was no longer a subject employer under the California Insurance Code; and, Exhibit "C", a copy of a notice from INTUIT that his payroll account was deactived,  effective June 30, 2013 after months of failure to have any employees.

(2) All violations have been corrected within 10 days (less than the thirty days limit required) of being served with the complaint.  (*EXHIBITS DESCRIBED)*

*********************************

Ending of application *********************************

REQUEST FOR RELIEF:

    1. Defendant Eric Amundson requests that the case be dismissed with prejudice.

    2. An order that Plaintiff shall take no relief from the complaint against Defendant Amundson.

    3. The costs of suits incurred herein;

    4. Such further relief the Court deems fair and just.

Dated: March _1_, 2017


_____

Eric Ronald Amundson
Defendant in Pro Per

Form **1040** Department of the Treasury—Internal Revenue Service   (99)

**U.S. Individual Income Tax Return** **2014** OMB No. 1545-0074 | IRS Use Only—Do not write or staple in this space.

For the year Jan. 1–Dec. 31, 2014, or other tax year beginning _____ , 2014, ending _____ , 20 ___   See separate instructions.

| Your first name and initial | Last name | | Your social security number |
|---|---|---|---|
| Eric R | Amundson | | |
| If a joint return, spouse's first name and initial | Last name | | Spouse's social security number |
| | | | |

Home address (number and street). If you have a P.O. box, see instructions. | Apt. no.

25A Crescent Drive #607

City, town or post office, state, and ZIP code. If you have a foreign address, also complete spaces below (see instructions).

Pleasant Hill CA 94523

▲ Make sure the SSN(s) above and on line 6c are correct.

**Presidential Election Campaign**
Check here if you, or your spouse if filing jointly, want $3 to go to this fund. Checking a box below will not change your tax or refund. ☐ You ☐ Spouse

| Foreign country name | Foreign province/state/county | Foreign postal code |
|---|---|---|
| | | |

**Filing Status**

Check only one box.

1 ☒ Single
2 ☐ Married filing jointly (even if only one had income)
3 ☐ Married filing separately. Enter spouse's SSN above and full name here. ▶
4 ☐ Head of household (with qualifying person). (See instructions.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶
5 ☐ Qualifying widow(er) with dependent child

**Exemptions**

6a ☒ **Yourself.** If someone can claim you as a dependent, **do not** check box 6a . . . . .
b ☐ Spouse . . . . . . . . . . . . . . . . . . . . . .

| c Dependents: | | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✓ if child under age 17 qualifying for child tax credit (see instructions) |
|---|---|---|---|---|
| (1) First name | Last name | | | |
| | | | | ☐ |
| | | | | ☐ |
| | | | | ☐ |
| | | | | ☐ |

If more than four dependents, see instructions and check here ▶ ☐

Boxes checked on 6a and 6b ..... **1**

No. of children on 6c who:
• lived with you _____
• did not live with you due to divorce or separation (see instructions) _____

Dependents on 6c not entered above _____

Add numbers on lines above ▶ **1**

d Total number of exemptions claimed . . . . . . . . . . . . . . . . . . .

**Income**

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

If you did not get a W-2, see instructions.

| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 . . . . . . . . . | 7 | |
| 8a | **Taxable** interest. Attach Schedule B if required . . . . . . . . | 8a | |
| b | **Tax-exempt** interest. **Do not** include on line 8a . . . | 8b | | |
| 9a | Ordinary dividends. Attach Schedule B if required . . . . . . . | 9a | |
| b | Qualified dividends . . . . . . . . . . | 9b | | |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes . . . . . | 10 | |
| 11 | Alimony received . . . . . . . . . . . . . . . . . | 11 | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ . . . . . . . . | 12 | 5,238. |
| 13 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ ☐ | 13 | |
| 14 | Other gains or (losses). Attach Form 4797 . . . . . . . . . . | 14 | |
| 15a | IRA distributions . | 15a | | b Taxable amount . . . | 15b | 4,500. |
| 16a | Pensions and annuities | 16a | | b Taxable amount . . . | 16b | |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | 17 | |
| 18 | Farm income or (loss). Attach Schedule F . . . . . . . . . . | 18 | |
| 19 | Unemployment compensation . . . . . . . . . . . . | 19 | |
| 20a | Social security benefits | 20a | | b Taxable amount . . . | 20b | |
| 21 | Other income. List type and amount _____ | 21 | |
| 22 | Combine the amounts in the far right column for lines 7 through 21. This is your **total income** ▶ | 22 | 9,738. |

**Adjusted Gross Income**

| 23 | Educator expenses . . . . . . . . . . . | 23 | | | |
| 24 | Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 or 2106-EZ | 24 | | | |
| 25 | Health savings account deduction. Attach Form 8889 . | 25 | | | |
| 26 | Moving expenses. Attach Form 3903 . . . . . . | 26 | | | |
| 27 | Deductible part of self-employment tax. Attach Schedule SE . | 27 | 370. | | |
| 28 | Self-employed SEP, SIMPLE, and qualified plans . . | 28 | | | |
| 29 | Self-employed health insurance deduction . . . . | 29 | 2,994. | | |
| 30 | Penalty on early withdrawal of savings . . . . . . | 30 | | | |
| 31a | Alimony paid **b** Recipient's SSN ▶ _____ | 31a | | | |
| 32 | IRA deduction . . . . . . . . . . . . | 32 | | | |
| 33 | Student loan interest deduction . . . . . . . . | 33 | | | |
| 34 | Tuition and fees. Attach Form 8917 . . . . . . . | 34 | | | |
| 35 | Domestic production activities deduction. Attach Form 8903 | 35 | | | |
| 36 | Add lines 23 through 35 . . . . . . . . . . . . . . . . . . . | 36 | 3,364. |
| 37 | Subtract line 36 from line 22. This is your **adjusted gross income** . . . . . ▶ | 37 | 6,374. |

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions. **BAA** REV 05/19/15 TTW   Form **1040** (2014)

**Form 1040**

Department of the Treasury—Internal Revenue Service (99)

**U.S. Individual Income Tax Return** 2015  OMB No. 1545-0074  IRS Use Only—Do not write or staple in this space.

For the year Jan. 1–Dec. 31, 2015, or other tax year beginning _____ , 2015, ending _____ , 20 _____   See separate instructions.

| Your first name and initial | Last name | Your social security number |
|---|---|---|
| Eric R | Amundson | |

If a joint return, spouse's first name and initial | Last name | Spouse's social security number

Home address (number and street). If you have a P.O. box, see instructions. | Apt. no.

25A Crescent Drive #607

▲ Make sure the SSN(s) above and on line 6c are correct.

City, town or post office, state, and ZIP code. If you have a foreign address, also complete spaces below (see instructions).

Pleasant Hill CA 94523

**Presidential Election Campaign**
Check here if you, or your spouse if filing jointly, want $3 to go to this fund. Checking a box below will not change your tax or refund.  ☐ You  ☐ Spouse

Foreign country name | Foreign province/state/county | Foreign postal code

**Filing Status**
Check only one box.

1. ☒ Single
2. ☐ Married filing jointly (even if only one had income)
3. ☐ Married filing separately. Enter spouse's SSN above and full name here. ▶
4. ☐ Head of household (with qualifying person). (See instructions.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶
5. ☐ Qualifying widow(er) with dependent child

**Exemptions**

6a ☒ **Yourself.** If someone can claim you as a dependent, **do not** check box 6a . . .
b ☐ **Spouse** . . . . . . . . . . . . .

| Boxes checked on 6a and 6b | 1 |
|---|---|

c **Dependents:**

| (1) First name   Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✓ if child under age 17 qualifying for child tax credit (see instructions) |
|---|---|---|---|
| | | | ☐ |
| | | | ☐ |
| | | | ☐ |
| | | | ☐ |

If more than four dependents, see instructions and check here ▶ ☐

No. of children on 6c who:
• lived with you
• did not live with you due to divorce or separation (see instructions)
Dependents on 6c not entered above
Add numbers on lines above ▶ [1]

d Total number of exemptions claimed . . . . . . . . . . . . . . . . . . .

**Income**

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

If you did not get a W-2, see instructions.

| | | | |
|---|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 . . . . . . . | 7 | |
| 8a | **Taxable** interest. Attach Schedule B if required . . . . . . | 8a | 29. |
| b | Tax-exempt interest. **Do not** include on line 8a . . . | 8b | |
| 9a | Ordinary dividends. Attach Schedule B if required . . . . . | 9a | |
| b | Qualified dividends . . . . . . . . . | 9b | |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes . . . . . | 10 | |
| 11 | Alimony received . . . . . . . . . . . . . . | 11 | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ . . . . . . . . | 12 | 0. |
| 13 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ ☐ | 13 | |
| 14 | Other gains or (losses). Attach Form 4797 . . . . . . . . . . | 14 | |
| 15a | IRA distributions . 15a _____ b Taxable amount . . . | 15b | 4,500. |
| 16a | Pensions and annuities 16a _____ b Taxable amount . . . | 16b | |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | 17 | |
| 18 | Farm income or (loss). Attach Schedule F . . . . . . . . | 18 | |
| 19 | Unemployment compensation . . . . . . . . . . . | 19 | |
| 20a | Social security benefits 20a _____ b Taxable amount . . . | 20b | |
| 21 | Other income. List type and amount  Proprietors Draw | 21 | 10,584. |
| 22 | Combine the amounts in the far right column for lines 7 through 21. This is your **total income** ▶ | 22 | 15,113. |

**Adjusted Gross Income**

| | | | | |
|---|---|---|---|---|
| 23 | Educator expenses . . . . . . . . . . | 23 | | |
| 24 | Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 or 2106-EZ | 24 | | |
| 25 | Health savings account deduction. Attach Form 8889 . | 25 | | |
| 26 | Moving expenses. Attach Form 3903 . . . . . . | 26 | | |
| 27 | Deductible part of self-employment tax. Attach Schedule SE . | 27 | | |
| 28 | Self-employed SEP, SIMPLE, and qualified plans . . | 28 | | |
| 29 | Self-employed health insurance deduction . . . . | 29 | | |
| 30 | Penalty on early withdrawal of savings . . . . . | 30 | | |
| 31a | Alimony paid  b Recipient's SSN ▶ _____ | 31a | | |
| 32 | IRA deduction . . . . . . . . . | 32 | | |
| 33 | Student loan interest deduction . . . . . . . | 33 | | |
| 34 | Tuition and fees. Attach Form 8917 . . . . . . | 34 | | |
| 35 | Domestic production activities deduction. Attach Form 8903 | 35 | | |
| 36 | Add lines 23 through 35 . . . . . . . . . . . . . . . | 36 | | |
| 37 | Subtract line 36 from line 22. This is your **adjusted gross income** . . . . . ▶ | 37 | | 15,113. |

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions.  **BAA**  REV 07/11/16 TTW  Form **1040** (2015)

# Form 1040

Department of the Treasury—Internal Revenue Service (99)

## U.S. Individual Income Tax Return

**2016**   OMB No. 1545-0074   IRS Use Only—Do not write or staple in this space.

For the year Jan. 1–Dec. 31, 2016, or other tax year beginning ____ , 2016, ending ____ , 20 ___   See separate instructions.

| Your first name and initial | Last name | Your social security number |
|---|---|---|
| Eric R | Amundson | |

If a joint return, spouse's first name and initial | Last name | Spouse's social security number

Home address (number and street). If you have a P.O. box, see instructions. | Apt. no.
25A Crescent Drive #607

▲ Make sure the SSN(s) above and on line 6c are correct.

City, town or post office, state, and ZIP code. If you have a foreign address, also complete spaces below (see instructions).
Pleasant Hill CA 94523

Foreign country name | Foreign province/state/county | Foreign postal code

**Presidential Election Campaign**
Check here if you, or your spouse if filing jointly, want $3 to go to this fund. Checking a box below will not change your tax or refund.   ☐ You   ☐ Spouse

## Filing Status

Check only one box.

1. ☒ Single
2. ☐ Married filing jointly (even if only one had income)
3. ☐ Married filing separately. Enter spouse's SSN above and full name here. ▶
4. ☐ Head of household (with qualifying person). (See instructions.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶
5. ☐ Qualifying widow(er) with dependent child

## Exemptions

6a ☒ **Yourself.** If someone can claim you as a dependent, **do not** check box 6a
  b ☐ Spouse

| Boxes checked on 6a and 6b | 1 |
|---|---|

c Dependents:

| (1) First name   Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✓ if child under age 17 qualifying for child tax credit (see instructions) |
|---|---|---|---|
| | | | ☐ |
| | | | ☐ |
| | | | ☐ |
| | | | ☐ |

If more than four dependents, see instructions and check here ▶ ☐

No. of children on 6c who:
• lived with you
• did not live with you due to divorce or separation (see instructions)
Dependents on 6c not entered above

Add numbers on lines above ▶ **1**

d Total number of exemptions claimed

## Income

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

If you did not get a W-2, see instructions.

| | | | |
|---|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | 7 | |
| 8a | **Taxable** interest. Attach Schedule B if required | 8a | |
| b | **Tax-exempt** interest. **Do not** include on line 8a   8b | | |
| 9a | Ordinary dividends. Attach Schedule B if required | 9a | |
| b | Qualified dividends   9b | | |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes | 10 | |
| 11 | Alimony received | 11 | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | 12 | -1,049. |
| 13 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ ☐ | 13 | |
| 14 | Other gains or (losses). Attach Form 4797 | 14 | |
| 15a | IRA distributions   15a   b Taxable amount | 15b | |
| 16a | Pensions and annuities   16a   b Taxable amount | 16b | |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | 17 | |
| 18 | Farm income or (loss). Attach Schedule F | 18 | |
| 19 | Unemployment compensation | 19 | |
| 20a | Social security benefits   20a   b Taxable amount | 20b | |
| 21 | Other income. List type and amount | 21 | |
| 22 | Combine the amounts in the far right column for lines 7 through 21. This is your **total income** ▶ | 22 | -1,049. |

## Adjusted Gross Income

| | | | |
|---|---|---|---|
| 23 | Educator expenses | 23 | |
| 24 | Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 or 2106-EZ | 24 | |
| 25 | Health savings account deduction. Attach Form 8889 | 25 | |
| 26 | Moving expenses. Attach Form 3903 | 26 | |
| 27 | Deductible part of self-employment tax. Attach Schedule SE | 27 | |
| 28 | Self-employed SEP, SIMPLE, and qualified plans | 28 | |
| 29 | Self-employed health insurance deduction | 29 | |
| 30 | Penalty on early withdrawal of savings | 30 | |
| 31a | Alimony paid   b Recipient's SSN ▶ | 31a | |
| 32 | IRA deduction | 32 | |
| 33 | Student loan interest deduction | 33 | |
| 34 | Tuition and fees. Attach Form 8917 | 34 | |
| 35 | Domestic production activities deduction. Attach Form 8903 | 35 | |
| 36 | Add lines 23 through 35 | 36 | |
| 37 | Subtract line 36 from line 22. This is your **adjusted gross income** ▶ | 37 | -1,049. |

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions. **BAA**   REV 01/25/17 TTW   Form **1040** (2016)

**Relevant to Section 3. c. (1), of Defendant's Application Pursuant to Civil Code Section 55.54 for Stay and Early Evaluation Conference, on the element of 25 or less employees.**

Declaration Under Penalty of Perjury About Lack of Employees.

1. I am Defendant Eric Amundson, the owner and operator of Pleasant Hill Cyclery at 1100 Contra Costa Boulevard in Pleasant Hill, California.

2. I have no employees at the present time, nor at the time of the allegations in the complaint in this case.

3.; I have not had an employee since March 4, 2013. I had one employee at that time and I was eligible to have managed payroll through Quick Books Assisted Payroll Services, until June 30, 2013.

4. I had used that payroll service exclusively to process my payroll since my opening day of December First, 1998. My payroll service was discontinued on the Third of June, 2013 since I no longer had employees and did not upgrade my copy of Quick Books.

5. Attached to this declaration is a copy of an e-mail sent to me from the company managing that payroll service that the program has been deactivated as of June 30, 2013

6. Attached to this declaration is a copy of a March 1, 2013 notification from State of California Employment Development Department that the employment account for Eric Ronald Amundson has been inactivated because of

Page 1 of 2

1  lack of payroll for the last four consecutive quarters.

2
3       I declare under penalty of perjury under the laws of the State of California

4  that the foregoing is true and correct

5       Executed on the ___1st___ day of ___March_____, 2018  at Pleasant Hill

6  California.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                     Page 2 of 2

EDD **DE 4107A**
PO BOX 826880, MIC 28
SACRAMENTO, CA 94280-0001



**Employment**
**Development**
**Department**
State of California

| | |
|---|---|
| Letter ID: | L1028616064 |
| Issued Date: | March 1, 2013 |
| Account ID: | 443-9064-9 |
| | 629399552_P1015_E982 |

ERIC RONALD AMUNDSON
1100 CONTRA COSTA BLVD
PLEASANT HILL CA  94523-2343

ACCOUNT NUMBER:   443-9064-9

Dear Employer:

Your employer account has been inactivated because you have not reported any payroll or your payroll has not exceeded $100.00 during any of the last four consecutive calendar quarters within the calendar year. Therefore, you are no longer a subject employer under the California Unemployment Insurance Code and you do not have to file wage reports with the Employment Development Department.

However, you are required to file reports and pay taxes due for all periods prior to the effective date of your account inactivation. If you have any outstanding reports and/or taxes due, you will receive a *Statement of Account* (DE 2176). To assist us in keeping your records up to date, please inform us of any mailing address changes.

Please notify us if you have one or more employees in the future and pay wages in excess of $100.00 in a calendar quarter. Your account number will be reinstated.

If you have any questions, please contact our Taxpayer Assistance Center at 888-745-3886.


Manager, Taxpayer Assistance Center



🏠 AT&T ⌄    Mail    att.net    Mobile    DIRECTV    U-verse    att.com

En Español

🔍 All ⌄    Eric Amundson, search your mailbox    [Search Mail]    [Search Web]    🏠 Home    Eric    ⚙

✏ Compose

Inbox (9999+)
Drafts (36)
Sent
Archive
Spam (418)
Trash
⌄ Smart Views
  Important
  Unread
  Starred
  People
  Social
  Shopping
  Travel
  Finance
⌄ Folders (1)
  CAFE
  Drafts
  Voice Mail (1)
❯ Recent

⬅ Search results    ↩ ↩↩ →    🗄 Archive    📁 Move ⌄    🗑 Delete ⬇    🚫 Spam ⌄    ••• More ⌄

⦿ Your payroll service has been cancelled. [DAS-13...    Shopping ⭐

⦿ **Intuit Customer Service** <No_Reply@notifications.intuit.com> 07/24/17 at 12:30 PM    ⭐
To cycleryshop@sbcglobal.net

# intuit.

This will serve as confirmation that Intuit has deactivate[d]
payroll account effective 06/30/2013. As of 06/30/2013
longer be responsible for providing payroll tax service t[o]
company.

**Date:** 06/30/2013
**Business Name:** ERIC R AMUNDSON DBA PLEASANT HILL CYCLERY
**Case ID:** DAS-130630-0498

As of May 31, 2012, Intuit discontinued services and support for QuickBooks 200[9]
indicate you have not upgraded your QuickBooks software, so we have cancelled
Payroll service.

**Intuit Payroll Services will not be responsible for processing your current Qu**
**current year Annual Tax Filings; including W2s. If you had payroll in the cur[rent]**
**will not provide W2s. If you are a Self-Print customer, there will NOT be any**
**to print in the Payroll Tax Center.**

If you are no longer paying employees and do not want to upgrade your QuickBo[oks]
you can request that Intuit file your Quarterly and/or Annual Tax Returns by comp[leting]
Request to Cancel Service online form within 2 weeks. We have also deactivated y[our]
If you wish to have your service reinstated, you must upgrade to a newer version
Please contact our Customer Care Team for assistance. **888-712-9702**

## NEED HELP?

**Questions?** Call us at 888-712-9702
**Get more details about cancelling your service:** www.payroll.com/cancel



✓ TurboTax    ⓠ QuickBooks    ⓞ ProCo[nnect]

You have received this business communication as part of our efforts to fulfill your reque[st]
account. You will receive this and other business communications from us even if you h[ave]
marketing messages.

We use third-party technology to track information about our email messages so we car[n]
usage and improve our messaging. The data is collected in the aggregate and does not
that enables us to identify individuals.

Read Intuit's Legal notice.
Intuit respects your privacy. To learn more, read our Privacy Statement.
If you receive a suspicious email, please report it by forwarding the email to spoof@intu[it]
Security to find out more.

© 2017 Intuit Inc., All rights reserved. Trademarks.
2800 E. Commerce Center Place, Tucson, AZ 85706
ETC_10_1_Case360_Intuit_en_US

🖼

Form **1040** Department of the Treasury—Internal Revenue Service (99)
**U.S. Individual Income Tax Return** 2014 OMB No. 1545-0074 IRS Use Only—Do not write or staple in this space.

For the year Jan. 1–Dec. 31, 2014, or other tax year beginning , 2014, ending , 20 | See separate instructions.

Your first name and initial: Eric R | Last name: Amundson | Your social security number

If a joint return, spouse's first name and initial | Last name | Spouse's social security number

Home address (number and street). If you have a P.O. box, see instructions.
25A Crescent Drive #607 | Apt. no.

City, town or post office, state, and ZIP code.
Pleasant Hill CA 94523

**Presidential Election Campaign** — Check here if you, or your spouse if filing jointly, want $3 to go to this fund. ☐ You ☐ Spouse

**Filing Status** — Check only one box.
1 ☒ Single
2 ☐ Married filing jointly
3 ☐ Married filing separately
4 ☐ Head of household
5 ☐ Qualifying widow(er) with dependent child

**Exemptions**
6a ☒ Yourself.
6b ☐ Spouse
Boxes checked on 6a and 6b: 1
Add numbers on lines above ▶ 1
d Total number of exemptions claimed

**Income**

| Line | Description | Amount |
|---|---|---|
| 7 | Wages, salaries, tips, etc. | |
| 8a | Taxable interest | |
| 8b | Tax-exempt interest | |
| 9a | Ordinary dividends | |
| 9b | Qualified dividends | |
| 10 | Taxable refunds | |
| 11 | Alimony received | |
| 12 | Business income or (loss) | 5,238. |
| 13 | Capital gain or (loss) | |
| 14 | Other gains or (losses) | |
| 15a | IRA distributions | 15b 4,500. |
| 16a | Pensions and annuities | 16b |
| 17 | Rental real estate, royalties | |
| 18 | Farm income or (loss) | |
| 19 | Unemployment compensation | |
| 20a | Social security benefits | 20b |
| 21 | Other income | |
| 22 | **total income** ▶ | 9,738. |

**Adjusted Gross Income**

| Line | Description | Amount |
|---|---|---|
| 23 | Educator expenses | |
| 24 | Certain business expenses | |
| 25 | Health savings account deduction | |
| 26 | Moving expenses | |
| 27 | Deductible part of self-employment tax | 370. |
| 28 | Self-employed SEP, SIMPLE | |
| 29 | Self-employed health insurance deduction | 2,994. |
| 30 | Penalty on early withdrawal of savings | |
| 31a | Alimony paid | |
| 32 | IRA deduction | |
| 33 | Student loan interest deduction | |
| 34 | Tuition and fees | |
| 35 | Domestic production activities deduction | |
| 36 | Add lines 23 through 35 | 3,364. |
| 37 | **adjusted gross income** ▶ | 6,374. |

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions. BAA REV 05/19/15 TTW Form **1040** (2014)

Form **1040**  Department of the Treasury—Internal Revenue Service  (99)
**U.S. Individual Income Tax Return**  **2015**  OMB No. 1545-0074   IRS Use Only—Do not write or staple in this space.

For the year Jan. 1–Dec. 31, 2015, or other tax year beginning _____ , 2015, ending _____ , 20 ___   See separate instructions.

| Your first name and initial | Last name | | Your social security number |
|---|---|---|---|
| Eric R | Amundson | | |
| If a joint return, spouse's first name and initial | Last name | | Spouse's social security number |
| | | | |

Home address (number and street). If you have a P.O. box, see instructions.   Apt. no.
25A Crescent Drive #607

City, town or post office, state, and ZIP code. If you have a foreign address, also complete spaces below (see instructions).
Pleasant Hill CA 94523

▲ Make sure the SSN(s) above and on line 6c are correct.

Foreign country name _____   Foreign province/state/county _____   Foreign postal code _____

**Presidential Election Campaign**
Check here if you, or your spouse if filing jointly, want $3 to go to this fund. Checking a box below will not change your tax or refund.   ☐ You  ☐ Spouse

**Filing Status**
Check only one box.

1 ☒ Single
2 ☐ Married filing jointly (even if only one had income)
3 ☐ Married filing separately. Enter spouse's SSN above and full name here. ▶
4 ☐ Head of household (with qualifying person). (See instructions.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶
5 ☐ Qualifying widow(er) with dependent child

**Exemptions**

6a ☒ **Yourself.** If someone can claim you as a dependent, **do not** check box 6a . . . . .
b ☐ **Spouse** . . . . . . . . . . . . . . . . . . . . . . . . .

c Dependents:

| (1) First name   Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✓ if child under age 17 qualifying for child tax credit (see instructions) |
|---|---|---|---|
| | | | ☐ |
| | | | ☐ |
| | | | ☐ |
| | | | ☐ |

If more than four dependents, see instructions and check here ▶ ☐

Boxes checked on 6a and 6b  **1**
No. of children on 6c who:
• lived with you
• did not live with you due to divorce or separation (see instructions)
Dependents on 6c not entered above
Add numbers on lines above ▶  **1**

d Total number of exemptions claimed . . . . . . . . . . . . . . . . . . . .

**Income**

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

If you did not get a W-2, see instructions.

| | | | |
|---|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 . . . . . . | 7 | |
| 8a | **Taxable** interest. Attach Schedule B if required . . . . . | 8a | 29. |
| b | **Tax-exempt** interest. **Do not** include on line 8a . . . 8b | | |
| 9a | Ordinary dividends. Attach Schedule B if required . . . . | 9a | |
| b | Qualified dividends . . . . . . . . . 9b | | |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes . . . . . | 10 | |
| 11 | Alimony received . . . . . . . . . . . . . | 11 | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ . . . . . . . | 12 | 0. |
| 13 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ ☐ | 13 | |
| 14 | Other gains or (losses). Attach Form 4797 . . . . . . . . | 14 | |
| 15a | IRA distributions . 15a _____  b Taxable amount . . | 15b | 4,500. |
| 16a | Pensions and annuities 16a _____  b Taxable amount . . . | 16b | |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | 17 | |
| 18 | Farm income or (loss). Attach Schedule F . . . . . . . | 18 | |
| 19 | Unemployment compensation . . . . . . . . . . | 19 | |
| 20a | Social security benefits 20a _____  b Taxable amount . . . | 20b | |
| 21 | Other income. List type and amount  Proprietors Draw | 21 | 10,584. |
| 22 | Combine the amounts in the far right column for lines 7 through 21. This is your **total income** ▶ | 22 | 15,113. |

**Adjusted Gross Income**

| | | | |
|---|---|---|---|
| 23 | Educator expenses . . . . . . . . . . | 23 | |
| 24 | Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 or 2106-EZ | 24 | |
| 25 | Health savings account deduction. Attach Form 8889 . | 25 | |
| 26 | Moving expenses. Attach Form 3903 . . . . . | 26 | |
| 27 | Deductible part of self-employment tax. Attach Schedule SE . | 27 | |
| 28 | Self-employed SEP, SIMPLE, and qualified plans . . | 28 | |
| 29 | Self-employed health insurance deduction . . . . | 29 | |
| 30 | Penalty on early withdrawal of savings . . . . . | 30 | |
| 31a | Alimony paid  **b** Recipient's SSN ▶ _____ | 31a | |
| 32 | IRA deduction . . . . . . . . . . | 32 | |
| 33 | Student loan interest deduction . . . . . . . | 33 | |
| 34 | Tuition and fees. Attach Form 8917 . . . . . . | 34 | |
| 35 | Domestic production activities deduction. Attach Form 8903 | 35 | |
| 36 | Add lines 23 through 35 . . . . . . . . . . | 36 | |
| 37 | Subtract line 36 from line 22. This is your **adjusted gross income** . . . . . ▶ | 37 | 15,113. |

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions. **BAA**   REV 07/11/16 TTW   Form **1040** (2015)

Form **1040**

Department of the Treasury—Internal Revenue Service (99)

**U.S. Individual Income Tax Return** 2016 OMB No. 1545-0074 IRS Use Only—Do not write or staple in this space.

For the year Jan. 1–Dec. 31, 2016, or other tax year beginning _____ , 2016, ending _____ , 20 ____   See separate instructions.

Your first name and initial: **Eric R**   Last name: **Amundson**

Your social security number: _____

If a joint return, spouse's first name and initial: _____   Last name: _____

Spouse's social security number: _____

Home address (number and street). If you have a P.O. box, see instructions.: **25A Crescent Drive #607**   Apt. no.: _____

City, town or post office, state, and ZIP code. If you have a foreign address, also complete spaces below (see instructions).: **Pleasant Hill CA 94523**

▲ Make sure the SSN(s) above and on line 6c are correct.

Foreign country name: _____   Foreign province/state/county: _____   Foreign postal code: _____

**Presidential Election Campaign**
Check here if you, or your spouse if filing jointly, want $3 to go to this fund. Checking a box below will not change your tax or refund. ☐ You ☐ Spouse

**Filing Status** — Check only one box.

1. ☒ Single
2. ☐ Married filing jointly (even if only one had income)
3. ☐ Married filing separately. Enter spouse's SSN above and full name here. ▶
4. ☐ Head of household (with qualifying person). (See instructions.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶
5. ☐ Qualifying widow(er) with dependent child

**Exemptions**

6a ☒ **Yourself.** If someone can claim you as a dependent, **do not** check box 6a.

6b ☐ **Spouse**

Boxes checked on 6a and 6b: **1**

6c **Dependents:**

| (1) First name   Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✓ if child under age 17 qualifying for child tax credit (see instructions) |
|---|---|---|---|
|  |  |  | ☐ |
|  |  |  | ☐ |
|  |  |  | ☐ |
|  |  |  | ☐ |

If more than four dependents, see instructions and check here ▶ ☐

No. of children on 6c who:
• lived with you
• did not live with you due to divorce or separation (see instructions)

Dependents on 6c not entered above

6d Total number of exemptions claimed

Add numbers on lines above ▶ **1**

**Income**

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

If you did not get a W-2, see instructions.

| Line | Description | Amount |
|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | |
| 8a | Taxable interest. Attach Schedule B if required | |
| 8b | Tax-exempt interest. Do not include on line 8a | |
| 9a | Ordinary dividends. Attach Schedule B if required | |
| 9b | Qualified dividends | |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes | |
| 11 | Alimony received | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | -1,049. |
| 13 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ ☐ | |
| 14 | Other gains or (losses). Attach Form 4797 | |
| 15a | IRA distributions | |
| 15b | Taxable amount | |
| 16a | Pensions and annuities | |
| 16b | Taxable amount | |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | |
| 18 | Farm income or (loss). Attach Schedule F | |
| 19 | Unemployment compensation | |
| 20a | Social security benefits | |
| 20b | Taxable amount | |
| 21 | Other income. List type and amount | |
| 22 | Combine the amounts in the far right column for lines 7 through 21. This is your **total income** ▶ | -1,049. |

**Adjusted Gross Income**

| Line | Description | Amount |
|---|---|---|
| 23 | Educator expenses | |
| 24 | Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 or 2106-EZ | |
| 25 | Health savings account deduction. Attach Form 8889 | |
| 26 | Moving expenses. Attach Form 3903 | |
| 27 | Deductible part of self-employment tax. Attach Schedule SE | |
| 28 | Self-employed SEP, SIMPLE, and qualified plans | |
| 29 | Self-employed health insurance deduction | |
| 30 | Penalty on early withdrawal of savings | |
| 31a | Alimony paid   b Recipient's SSN ▶ | |
| 32 | IRA deduction | |
| 33 | Student loan interest deduction | |
| 34 | Tuition and fees. Attach Form 8917 | |
| 35 | Domestic production activities deduction. Attach Form 8903 | |
| 36 | Add lines 23 through 35 | |
| 37 | Subtract line 36 from line 22. This is your **adjusted gross income** ▶ | -1,049. |

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions.   BAA   REV 01/25/17 TTW

Form **1040** (2016)