UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

SCOTT JOHNSON,

    Plaintiff,

vs.

ATHAN P. MAGGANAS; DIMITRI P. MAGGANAS; ERIC RONALD AMUNDSON; and DOES 1-10,

    Defendants.

Case No: C 17-03075 SBA

**ORDER TO SHOW CAUSE**

On May 27, 2017, Plaintiff Scott Johnson ("Plaintiff") filed a Complaint against Defendants Athan P. Magganas ("Athan"), Dimitri P. Magganas ("Dimitri"), and Eric Ronald Amundson ("Amundson") for violations of the Americans with Disabilities Act ("ADA"), 42 U.S.C. § 12101, et seq. and the Unruh Civil Rights Act ("Unruh Act"), Cal. Civ. Code § 51 et seq. Dkt. 1. Plaintiff, a C-5 quadriplegic, alleges he encountered access barriers at the Cyclery Store ("Store") located in Pleasant Hill, California. The Store is operated by Amundson, who leases the premises from Athan and Dimitri.

Although Amundson and Dimitri were served in June 2017, service on Athan was initially unsuccessful. Plaintiff thus sought and received two extensions of the time to complete service. Dkt. 19, 25. According to Plaintiff, Athan was served on January 31, 2018. Dkt. 29. Athan failed to timely respond to the Complaint, and the Clerk entered default against him on March 14, 2018. Dkt. 33. Thus, after initial delays, an ADA scheduling order was entered in this action on March 21, 2018. Dkt. 35. Among other things, the scheduling order directed Plaintiff to file a statement regarding the need for mediation by "no later than **April 30, 2018**." Id. at 3. The Court advised, "If the statement is not timely filed, the Court may dismiss the action under Federal Rule of Civil Procedure 41(b) without further notice." Id. at 3-4.

| | |
|---|---|
| 1 | In direct violation of this Court's order, Plaintiff has not filed a statement regarding |
| 2 | the need for mediation. The Court notes that this action was significantly delayed by |
| 3 | Plaintiff's inability to effectuate service on Athan, and is now further delayed by Plaintiff's |
| 4 | failure to comply with the scheduling order issued by the Court. Accordingly, |
| 5 | IT IS HEREBY ORDERED THAT Plaintiff shall show cause why the action should |
| 6 | not be dismissed or sanctions imposed for failure to comply with the scheduling order. |
| 7 | Plaintiff shall file a written response, not to exceed five pages, by May 22, 2018. Failure to |
| 8 | comply with this Order may result in the imposition of sanctions, up to and including |
| 9 | dismissal of the action, without further notice. |
| 10 | IT IS SO ORDERED. |
| 11 | Dated: 05/17/2018 |

*signature*
SAUNDRA BROWN ARMSTRONG
Senior United States District Judge